ERIC GRANT
United States Attorney
JONATHAN H. YU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN SOMMER,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT,<br><br>Respondent. | CASE NO. 1:26-CV-08600-NW<br><br>**JOINT STIPULATION TO MODIFY PROHIBITION ON REMOVING PETITIONER FROM THE EASTERN DISTRICT OF CALIFORNIA WHILE THE PETITION IS PENDING [ECF NO. 5]** |

On October 19, 2026, Petitioner filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, commencing the above captioned action. ECF No. 1.

On October 21, 2026, the Court issued a Minute Order, which states in relevant part: Respondents are PROHIBITED from removing Petitioner from the Eastern District of California while the Petition is pending. ECF No. 5.

Having met and conferred, Petitioner STEFAN SOMMER ("Petitioner") and Respondent, through counsel, (collectively, the "Parties") hereby stipulate and agree as follows:

1. Respondent may transfer Petitioner outside the Eastern District of California for psychiatric treatment at the Rio Vista Behavior Health Hospital ("Rio Vista") in El Paso, Texas.
2. The Court retains jurisdiction over the Petition for Writ of Habeas Corpus notwithstanding Petitioner's physical transfer outside of the Eastern District of California.

3. Petitioner will be immediately returned to a detention facility in the Eastern District of California upon discharge from Rio Vista.

**IT IS SO STIPULATED.**

Dated: November 19, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Jonathan H. Yu*
JONATHAN H. YU
Assistant United States Attorney

*Attorneys for Respondent*

Dated: November 19, 2026

WESTCOTT LAW

By: */s/ David Wescott*
David Wescott, Esq.

*Attorneys for Petitioner*

**~~[PROPOSED]~~ ORDER**

ECF NO. 5 IS MODIFIED PURSUANT TO STIPULATION.

IT IS SO ORDERED.

The Honorable Noël Wise
United States District Judge